**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL. MANIE LEIGH FOSKEY, III, | : No. 227 WAL 2014 |
| | : |
| | : |
| Petitioner | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SUPERINTENDENT BRIAN COLEMAN, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.